**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) QUIKTRIP CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-508-GKF-FHM |
| | ) |
| (1) ACE PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** QuikTrip Corporation, Plaintiff herein, and ACE Property And Casualty Insurance Company, Defendant herein, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal of this lawsuit, and all claims therein, with prejudice to the refiling thereof.

Respectfully submitted,

*s/ Phil R. Richards*
Phil R. Richards, OBA #10457
Casper J. den Harder, OBA #31536
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email: prichards@richardsconnor.com
          cdenharder@richardsconnor.com

**ATTORNEYS FOR PLAINTIFF
QUIKTRIP CORPORATION**

*s/ Stephen J. Rodolf*
*(signed by submitting attorney with permission of Attorney for Defendant)*
Stephen J. Rodolf, OBA #7702
David A. Russell, OBA #15104
Emily Jones Ludiker, OBA #21719
Ryan D. Ensley, OBA #31050
RODOLF & TODD
2000 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103
Telephone: 918/295-2100
Email :   stephen@rodolftodd.com
              david@rodolftodd.com
              emily@rodolftodd.com

**ATTORNEYS FOR DEFENDANT**
**ACE PROPERTY & CASUALTY**
**INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Stephen J. Rodolf, Esq. - stephen@rodolftodd.com
David A. Russell, Esq. - david@rodolftodd.com
Emily Jones Ludiker, Esq. - emily@rodolftodd.com
Ryan D. Ensley, Esq - ryan@rodolftodd.com

 RODOLF & TODD

**ATTORNEYS FOR DEFENDANT**
**ACE PROPERTY & CASUALTY COMPANY**

*s/ Phil R. Richards*